No. 663, Misc. THOMPSON *v.* ANDERSON, JAIL SUPER-
INTENDENT. C. A. D. C. Cir. Certiorari denied. Peti-
tioner *pro se.* *Solicitor General Cox, Acting Assistant
Attorney General Doar* and *Harold H. Greene* for
respondent.

No. 664, Misc. HUFFMAN *v.* MARONEY, CORRECTIONAL
SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari
denied.

No. 669, Misc. BRADLEY *v.* UNITED STATES. C. A.
D. C. Cir. Certiorari denied. Petitioner *pro se.* *So-
licitor General Cox, Assistant Attorney General Miller,
Beatrice Rosenberg* and *Theodore George Gilinsky* for the
United States.

No. 670, Misc. PULASKI *v.* WISCONSIN. Sup. Ct. Wis.
Certiorari denied. Petitioner *pro se.* *Bronson C. La
Follette,* Attorney General of Wisconsin, and *William A.
Platz, Betty R. Brown* and *Harold H. Persons,* Assistant
Attorneys General, for respondent.

No. 677, Misc. LAWSON *v.* UNITED STATES. C. A. 3d
Cir. Certiorari denied. Petitioner *pro se.* *Solicitor Gen-
eral Cox, Assistant Attorney General Miller, Beatrice
Rosenberg* and *Robert G. Maysack* for the United States.

No. 688, Misc. BLAIR *v.* DISTRICT OF COLUMBIA ET AL.
C. A. D. C. Cir. Certiorari denied. *James J. Laughlin*
for petitioner. *Chester H. Gray, Milton D. Korman,
Hubert B. Pair* and *Ted D. Kuemmerling* for the District
of Columbia, and *Solicitor General Cox, Assistant Attor-
ney General Miller, Beatrice Rosenberg* and *Sidney M.
Glazer* for the United States.